# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>LARRY MEIKLE, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 66585 |
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>ROBERT HOWARD AND CHERI HOWARD, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67204 |
| LENNAR RENO, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>GREG JENESS, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67208 |
| LENNAR RENO, LLC,<br>Appellant,<br>vs.<br>NICHOLAS ALLEN BAJURIN, INDIVIDUALLY, ET AL.,<br>Respondents. | No. 67474 |

FILED

OCT 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. NRAP 42(b). The clerk shall issue the remittitur forthwith. *Id.*

It is so ORDERED.

_____, C.J.
Cherry

cc: Gordon & Rees Scully Mansukhani LLP
Shinnick, Ryan & Ransavage P.C.
Stephen Haberfeld, Settlement Judge
Robert Eisenberg, Settlement Judge